UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
:
                      Plaintiff, :
:
      -against- :
: 18-CV-8182 (VSB)
EMIL BOTVINNIK, :
: **ORDER**
                    Defendant. :
:
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 19, 2021, the parties in this matter appeared before me for a status conference. During the conference, the parties stated that they are in the process of finalizing the proposed settlement. It is hereby:

ORDERED that the parties shall submit a joint letter indicating the status of the settlement, an estimate as to how much additional time the parties may need to finalize the settlement, and any outstanding disputes on or before April 23, 2021.

SO ORDERED.

Dated: March 22, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge